No. 96–1908. McDevitt v. Disciplinary Board of the Supreme Court of New Mexico et al. C. A. 10th Cir. Certiorari denied.

No. 96–1909. Foster v. International Business Machines Corp. et al. C. A. 5th Cir. Certiorari denied.

No. 96–1910. Felinska v. New England Teamsters and Trucking Industry Pension Fund. C. A. 1st Cir. Certiorari denied.

No. 96–1911. Nicholson v. Nevada State Bar. Sup. Ct. Nev. Certiorari denied.

No. 96–1912. Wagstaff v. Virginia. Ct. App. Va. Certiorari denied.

No. 96–1913. Hodge v. Dalton, Secretary of the Navy. C. A. 9th Cir. Certiorari denied.

No. 96–1914. Delnero v. United States. C. A. 11th Cir. Certiorari denied.

No. 96–1915. Kelly et al. v. Staples et al. C. A. 6th Cir. Certiorari denied.

No. 96–1916. Quinn-L Capital Corp. et al. v. Royal Insurance Company of America et al. C. A. 5th Cir. Certiorari denied.

No. 96–1917. Hawkins, Individually and as Personal Representative of the Estate of Gilliam, Deceased v. McNeil Pharmaceutical. Ct. App. D. C. Certiorari denied.

No. 96–1919. DP Partners, Limited Partnership, et al. v. Hall Financial Group, Inc. C. A. 5th Cir. Certiorari denied.

No. 96–1920. In re Acuna. Sup. Ct. Cal. Certiorari denied.

No. 96–1924. Knox v. Nevada Department of Motor Vehicles and Public Safety. Sup. Ct. Nev. Certiorari denied.

No. 96–1926. Williams et vir v. Franklin First Federal Savings Bank et al. Super. Ct. Pa. Certiorari denied.